IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| IDALIA ZAPATA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.<br>DR-17-CV-057-AM/VRG |
| HUDSON INSURANCE COMPANY,<br>Defendant. | §<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

On January 9, 2018, the parties filed a joint motion to dismiss with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the joint motion to dismiss (ECF No. 11) is **GRANTED** and that the Plaintiff's claims asserted in this suit against the Defendant are **DISMISSED WITH PREJUDICE** as set forth in the agreed motion. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 5th day of February, 2018.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE