AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
FEB 0 5 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IDALIA ZAPATA,
Plaintiffs,

v.

HUDSON INSURANCE COMPANY,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-17-CV-057-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS THEREFORE ORDERED that the joint motion to dismiss (ECF No. 11) is GRANTED and that the Plaintiffs claims asserted in this suit against the Defendant are DISMISSED WITH PREJUDICE as set forth in the agreed motion. Each party shall bear its own costs and fees. IT IS FURTHER ORDERED that all motions pending in the instant action be DENIED as moot and that a clerk's judgment shall immediately issue.

Signed by Judge Moses

| February 05, 2018 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |